CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 30 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 7:96-cr-00109 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAWRENCE WOODARD, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

For the reasons stated in the Memorandum Opinion filed herewith, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the government's Motion to Dismiss Defendant Lawrence Woodard's § 2255 Motion [ECF No. 118] is **GRANTED** and Defendant's § 2255 Motion to Vacate [ECF No. 104] is **DISMISSED**. Finding that Woodard has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to Defendant and all counsel of record.

**ENTERED** this ___ day of August, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE